UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 14-02949 |
| Sylvia S Biglari ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Pamela S. Hollis | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

### Order Dismissing Case for Failure to File Required Documents

This matter coming before the Court on Trustee's motion to Dismiss for failure to file required documents, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 05, 2014

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300